Joseph M. Marchini   #082427
jmarchini@bakermanock.com
J. Jackson Waste   #289081
jwaste@bakermanock.com
Baker Manock & Jensen, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for DEFENDANT, ALLIED CASH ADVANCE CALIFORNIA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALICIA HITCH, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED CASH ADVANCE CALIFORNIA LLC, and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No. 2:18-cv-00116-JAM-GGH <br><br> **STIPULATION TO REFER TO ARBITRATION** <br><br> Judge:   Hon. John A. Mendez <br><br> Trial Date:   None Set |

Plaintiff Alicia Hitch ("Plaintiff") and Defendant Allied Cash Advance California, LLC ("Defendant"), through their undersigned counsel of record, hereby stipulate as follows:

1.   On or about January 18, 2018, Plaintiff filed a complaint against Defendant, commencing the action titled as *Alicia Hitch v. Allied Cash Advance California, LLC.* (case no. 2:18-cv-00116-JAM-GGH), which case currently proceeds before the above-referenced Court.

2.   Plaintiff asserts violations of the Telephone Consumer Protection Act ("TCPA") and Rosenthal Fair Debt Collection Practices Act ("RFDCPA") arising out of a written agreement entered into by and between Plaintiff and Defendant.

3.   The agreement contains a valid, binding arbitration provision requiring all

disputes arising out of or relating to the agreement to be submitted to binding arbitration before the AAA. The Parties agree that this is such a dispute.

4.  The Parties therefore stipulate to refer this dispute to arbitration and stay the instant proceedings pending the outcome of said arbitration.

**IT IS SO STIPULATED.**


DATED: February 27, 2018         BAKER MANOCK & JENSEN, PC


                                 By:     /s/J. Jackson Waste
                                 Joseph M. Marchini
                                 J. Jackson Waste
                                 Attorneys for ALLIED CASH ADVANCE
                                 CALIFORNIA LLC



                                 SAGARIA LAW, PC


                                 By:   /s/Elliot W. Gale
                                 Scott J. Sagaria
                                 Elliot W. Gale
                                 Joe B. Angelo
                                 Scott M. Johnson
                                 Attorneys for PLAINTIFF ALICIA HITCH

Joseph M. Marchini    #082427
jmarchini@bakermanock.com
J. Jackson Waste    #289081
jwaste@bakermanock.com
Baker Manock & Jensen, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for DEFENDANT, ALLIED CASH ADVANCE CALIFORNIA LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ALICIA HITCH,<br><br>  Plaintiff,<br><br>v.<br><br>ALLIED CASH ADVANCE CALIFORNIA LLC, and DOES 1 through 100 inclusive,<br><br>  Defendants. | Case No. 2:18-cv-00116-JAM-GGH<br><br>**ORDER APPROVING STIPULATION FOR ARBITRATION**<br><br>Judge:    Hon. John A. Mendez<br><br>Trial Date:    None Set |

Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the above-captioned action shall be submitted to binding arbitration before the AAA. The Court further orders the above-captioned action stayed pending the outcome of said arbitration.

**IT IS SO ORDERED.**

DATED: 2-28, 2018

By: /s/
UNITED STATES MAGISTRATE JUDGE
District

2110090v1

ORDER APPROVING STIPULATION FOR ARBITRATION